**Order entered April 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00344-CV

### DIANA FAY BASS, Appellant

### V.

### RICHARD H. BASS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54722-2015**

## ORDER

Before the Court is appellant's April 6, 2016 motion for an extension of time to file a brief. The record in this case has not been filed and is due on May 16, 2016. Appellant's brief will be due thirty days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellant's motion as premature.

/s/      ELIZABETH LANG-MIERS
JUSTICE